1  MICHAEL R. AYERS
   Nevada Bar No. 10851
2  HINSHAW & CULBERTSON LLP
   2375 E. Camelback Road, Suite 750
3  Phoenix, AZ 85016
   Telephone: 602-631-4400
4  Facsimile: 602-631-4404
   mayers@hinshawlaw.com
5
   and
6
   GINA M. MUSHMECHE
7  Nevada Bar No. 10411
   KRAVITZ, SCHNITZER, & JOHNSON,
8  CHTD
   8985 S. Eastern Avenue, Suite 200
9  Las Vegas, NV 89123
   Telephone: 702-362-6666
10 Facsimile: 702-362-2203
   gmushmeche@kssattorneys.com
11
   Attorneys for Defendant Midland Funding, LLC,
12 aka Midland Credit Management, Inc.

13                    **UNITED STATES DISTRICT COURT**

14                          **DISTRICT OF NEVADA**

| | |
|---|---|
| 15  DONALD S. LOGAY, | Case No. 2:17-cv-00640-APG-NJK |
| 16           Plaintiff, | |
| 17  v. | **STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANT MIDLAND FUNDING, LLC aka MIDLAND CREDIT MANAGEMENT, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| 18  MIDLAND FUNDING, LLC, aka MIDLAND CREDIT MANAGEMENT, INC., EXPERIAN | |
| 19  INFORMATION SERVICES, INC., EQUIFAX, INC. and TRANS UNION, LLC, | |
| 20           Defendants. | |

21

22     COMES NOW, Defendant Midland Funding, LLC aka Midland Credit Management, Inc.

23 ("Midland"), and Plaintiff, Donald S. Logay ("Plaintiff"), by and through their respective counsel

24 of record, stipulate and agree to extend the deadline to April 14, 2017, for Midland to answer or

25 otherwise plead in response to Plaintiff's Complaint.

26     This is Midland's first request for an extension, which it requested from Plaintiff in order

27 to allow Midland additional time to investigate the factual allegations of the Complaint. Plaintiff

28 has no opposition to Midland's request for an extension.

23501262v1 0996386

No additional requests for extensions are contemplated.

**IT IS SO STIPULATED**.

DATED this 22nd day of March, 2017.

| THE LAW OFFICE OF VERNON NELSON | HINSHAW & CULBERTSON LLP |
|---|---|
| /s/ Vernon A. Nelson, Jr. (*with permission*) <br> Vernon A. Nelson, Jr., Esq. <br> Nevada Bar No. 6434 <br> 9840 S. Eastern Avenue, Suite 244 <br> Las Vegas, NV 89123 <br> Telephone: 702-476-2500 <br> Facsimile: 702-476-2788 <br> Primary: vnelson@nelsonlawfirm.com <br> *Attorneys for Plaintiff* | /s/ Michael R. Ayers <br> Michael R. Ayers, Esq. <br> Nevada Bar No. 10851 <br> 2375 E. Camelback Road, Suite 750 <br> Phoenix, AZ 85016 <br> Telephone: 602-631-4400 <br> Facsimile: 602-631-4404 <br> Primary: mayers@hinshawlaw.com <br> *Attorneys for Defendant Midland Funding, LLC aka Midland Credit Management, Inc.* |

KRAVITZ, SCHNITZER & JOHNSON, CHTD

/s/ Gina M. Mushmeche *(with permission)*
Gina M. Mushmeche, Esq.
Nevada Bar No. 10411
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Tel: 702-362-6666
gmushmeche@ksjattorneys.com
*Attorneys for Defendant Midland Funding, LLC aka Midland Credit Management, Inc.*

**ORDER**

IT IS SO ORDERED:

DATED: March 23, 2017

_____
UNITED STATES MAGISTRATE JUDGE

23501262v1 0996386