VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
MARGARET G. FOLEY, ESQ.
Nevada Bar No.: 7703
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Avenue, Suite 244
Las Vegas, Nevada 89123
Tel.: 702-476-2500
Fax.: 702-476-2788
Email: vnelson@nelsonlawfirmlv.com
*Attorney for Plaintiff Donald S. Logay*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD S. LOGAY, <br><br> Plaintiff, <br><br> v. <br><br> MIDLAND FUNDING LLC, aka MIDLAND CREDIT MANAGEMENT INC., EXPERIAN INFORMATION SERVICES, INC., EQUIFAX, INC. and TRANS UNION, LLC, <br><br> Defendants. | Case No.: 2:17-cv-00640-APG-NJK <br><br> **STIPULATION AND PROPOSED ORDER TO SUBSTITUTE PARTY** |

Plaintiff, DONALD S. LOGAY ("Plaintiff") and Defendant, EQUIFAX, INC. ("Defendant") jointly submit this Stipulation regarding the substitution of EQUIFAX INFORMATION SERVICES LLC as Defendant in place of Defendant EQUIFAX, INC.

WHEREAS, Plaintiff filed an action against the Defendant for alleged violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, et. seq ("FCRA"), and related state law claims on March 1, 2017.

WHEREAS, as information became available during discovery, Plaintiff learned that EQUIFAX, INC, the named Defendant in this action is a holding company for EQUIFAX INFORMATION SERVICES LLC, and is not a credit reporting agency subject to the FCRA.

WHEREAS, counsel for both parties have agreed that EQUIFAX INFORMATION

SERVICES, LLC. is the proper party to this litigation and should be substituted for EQUIFAX, INC. as a Defendant in the above-captioned matter so that all claims made against EQUIFAX, INC. are now made against EQUIFAX INFORMATION SERVICES LLC.

WHEREAS, the Plaintiff will amend their complaint to reflect EQUIFAX INFORMATION SERVICES LLC as a Defendant in place of EQUIFAX, INC. in the above-referenced caption. Defendant does not oppose to the Plaintiff amending their complaint.

WHEREAS, by this joint request, the parties move, subject to the approval of the Court, to dismiss EQUIFAX, INC. from this action and remove EQUIFAX, INC. from the case caption and replace with EQUIFAX INFORMATION SERVICES LLC.

WHEREAS EQUIFAX INFORMATION SERVICES LLC expressly reserves all defenses, including any statute of limitations defenses.

THEREFORE, IT IS HEREBY STIPULATED, by and between the parties to this action that:

1. EQUIFAX, INC., shall be dismissed from this case, without prejudice;

2. The caption in this proceeding shall be amended to remove EQUIFAX, INC. as a defendant and shall be replaced by EQUIFAX INFORMATION SERVICES LLC. as a Defendant;

EQUIFAX INFORMATION SERVICES LLC expressly reserves all defenses, including any statute of limitations defenses.

DATED this 16th day of May, 2017     DATED this 16th day of May, 2017

THE LAW OFFICE OF VERNON NELSON     SNELL & WILMER, LLP

*/s/ Vernon A. Nelson*     */s/ Bradley T. Austin*
VERNON A. NELSON, JR., ESQ.     Bradley T. Austin, Esq.
Nevada Bar No.: 6434     Nevada State Bar No. 13064
MARGARET G. FOLEY, ESQ.     Snell & Wilmer, LLP
Nevada Bar No.: 7703     3883 Howard Hughes Pkwy,
9480 S. Eastern Avenue, Suite 244     Suite 1100 Las Vegas, NV 89169
Las Vegas, Nevada 89123     Tel: 702-784-5200
Tel.: 702-476-2500     Fax: 702-784-5252
Fax.: 702-476-2788     Email: baustin@swlaw.com
Email: vnelson@nelsonlawfirmlv.com     *Attorneys for Equifax Information Services LLC*
*Attorney for Plaintiff Donald S. Logay*

| | | |
|---|---|---|
| 1 | Dated this 16th day of May, 2017. | Dated this 16th day of May, 2017. |
| 2 | LEWIS BRISBOIS BISGAARD & SMITH LLP | HINSHAW & CULBERTSON LLP |
| 4 | /s/ Jason G. Revzin | /s/ Michael Ayers |

Jason G. Revzin, Esq.
Nevada Bar No. 8629
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: jason.revzin@lewisbrisbois.com
*Counsel for Defendants, Trans Union, LLC.*

MICHAEL R. AYERS
Nevada Bar No. 10851
2375 E. Camelback Road, Suite 750
Phoenix, AZ 85016
Telephone: 602-631-4400
Facsimile: 602-631-4404
mayers@hinshawlaw.com

and

GINA M. MUSHMECHE
Nevada Bar No. 10411
KRAVITZ, SCHNITZER, & JOHNSON, CHTD
8985 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
Telephone: 702-362-6666
Facsimile: 702-362-2203
gmushmeche@kssattorneys.com
*Attorneys for Midland Funding, LLC aka Midland Credit Management*

Dated this 16th day of May, 2017.

SNELL & WILMER L.L.P.

　/s/ *Bob L. Olson*
Bob L. Olson, Esq.
Nevada Bar No. 3783
Charles E. Gianelloni, Esq.
Nevada Bar No. 12747
V.R. Bohman, Esq.
Nevada Bar No. 13075
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: bolson@swlaw.com
cgianelloni@swlaw.com
*Attorneys for Experian Information Solutions, Inc.*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 18, 2017 _____

CASE NO: 2:17-cv-00640-APG-NJK