1  MICHAEL R. AYERS
   Nevada Bar No. 10851
2  HINSHAW & CULBERTSON LLP
   2375 E. Camelback Road, Suite 750
3  Phoenix, AZ 85016
   Telephone: 602-631-4400
4  Facsimile: 602-631-4404
   mayers@hinshawlaw.com
5
   and
6
   GINA M. MUSHMECHE
7  Nevada Bar No. 10411
   KRAVITZ, SCHNITZER, & JOHNSON,
8  CHTD
   8985 S. Eastern Avenue, Suite 200
9  Las Vegas, NV 89123
   Telephone: 702-362-6666
10 Facsimile: 702-362-2203
   gmushmeche@kssattorneys.com
11
   Attorneys for Defendant Midland Funding, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DONALD S. LOGAY, | Case No. 2:17-cv-00640-APG-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| MIDLAND FUNDING, LLC, aka MIDLAND CREDIT MANAGEMENT, INC., EXPERIAN INFORMATION SERVICES, INC. EQUIFAX, INFORMATION SERVICES, LLC AND TRANS UNION, LLC, | |
| Defendants. | |

COMES NOW, Defendants Midland Funding, LLC, incorrectly named Midland Funding, LLC aka Midland Credit Management, Inc., Experian Information Services, Inc., Equifax Information Services, LLC, and Trans Union, LLC, and Plaintiff, Donald S. Logay, by and through their respective counsel of record, hereby stipulate to dismiss this action, with prejudice,

///

///

300107309v1 0996386

with each party to bear its own attorneys' fees and costs.

DATED this 31th day of July, 2017.

| THE LAW OFFICE OF VERNON NELSON | HINSHAW & CULBERTSON LLP |
|---|---|
| /s/Vernon A. Nelson, Jr. (*with permission*)<br>Vernon A. Nelson, Jr., Esq.<br>Nevada Bar No. 6434<br>9840 S. Eastern Avenue, Suite 244<br>Las Vegas, NV 89123<br>Telephone: 702-476-2500<br>Email: vnelson@nelsonlawfirmlv.com<br>*Attorneys for Plaintiff* | /s/ Michael R. Ayers<br>Michael R. Ayers, Esq.<br>Nevada Bar No. 10851<br>2375 E. Camelback Road, Suite 750<br>Phoenix, AZ 85016<br>Telephone: 602-631-4400<br>Email: mayers@hinshawlaw.com<br>*Attorneys for Defendant Midland Funding, LLC* |
| SNELL & WILMER, LLP | KRAVITZ, SCHNITZER & JOHNSON, CHTD |
| /s/Bob L. Olson (*with permission*)<br>Bob L. Olson, Esq.<br>Nevada Bar No. 3783<br>Charles E. Gianelloni, Esq.<br>Nevada Bar No. 12747<br>3883 Howard Hughes Pkwy, Suite 1100<br>Las Vegas, Nevada 89169<br>Telephone: 702-784-5200<br>Email: bolson@swlaw.com<br>*Attorneys for Defendant Experian Information Solutions, Inc.* | /s/ Gina M. Mushmeche  (*with permission*)<br>Gina M. Mushmeche, Esq.<br>Nevada Bar No. 10411<br>8985 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123<br>Telephone: 702-362-6666<br>Email: gmushmeche@ksjattorneys.com<br>*Attorneys for Defendant Midland Funding, LLC* |
| LEWIS BRISBOIS BISGAARD & SMITH LLP | SNELL & WILMER, LLP |
| /s/ Jason G. Revzin (*with permission*)<br>Jason G. Revzin, Esq.<br>Nevada Bar No. 8629<br>6385 S. Rainbow Blvd, Suite 600<br>Las Vegas, Nevada 89118<br>Telephone: 702-893-3383<br>Email: Jason.revzin@lewisbrisbois.com<br>*Attorneys for Defendant Trans Union LLC* | /s/ Bradley T. Austin (*with permission*)<br>Bradley T. Austin, Esq.<br>Nevada Bar No. 13064<br>3883 Howard Hughes Pkwy, Suite 1100<br>Las Vegas, Nevada 89169<br>Telephone: 702-784-5200<br>Email: baustin@swlaw.com<br>*Attorneys for Defendant Equifax Information Services, LLC* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: August, 1, 2017.

2

300107309v1 0996386